UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES - GENERAL**

| Case No. | 2:16-cv-03145-SJO-PLA | Date | May 24, 2016 |
|---|---|---|---|
| Title | Central Holdings, LLC v. Mariano Vasquez | | |

| Present: The Honorable | JAMES OTERO, Judge presiding | |
|---|---|---|
| Jacob Yerke | Not Present | |
| Deputy Clerk | Court Reporter | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Not Present | Not Present | |

**Proceedings:**   IN CHAMBERS :

This matter is before the Court on its own motion.  Defendant Mariano Vasquez, proceeding pro se, filed a Notice of Removal on May 6, 2016, but failed to attach copies of "all process, pleadings, and orders served upon [him]" as part of the state court action, as is required in order to properly remove a civil action from a State court.  28 U.S.C. § 1446(a).  Absent compliance with this subdivision, the Court cannot determine whether the other requirements of the removal statute have been satisfied, or whether the Court has personal jurisdiction over the parties or subject-matter jurisdiction over the civil action.  Accordingly, the Court REMANDS the instant action to the Superior Court for the County of Los Angeles.

IT IS SO ORDERED.

| | : | |
|---|---|---|
| Initials of Preparer | jy | |